```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 01022
   ANTHONY MCGLOTHIAN
   KAREN L MCGLOTHIAN                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-3443    SSN XXX-XX-6616

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/06/06 and confirmed on 03/31/06.

   2.  The case was dismissed after confirmation, 12/19/2008.

   3.  The Debtor paid a total of $  93245.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY HOME LOAN | CURRENT MORTG | 57953.16 | .00 | 57953.16 |
| NATIONAL CITY HOME LOAN | MORTGAGE ARRE | 3617.46 | .00 | .00 |
| WILSHIRE CREDIT CORP | SECURED | 13903.26 | .00 | 13903.26 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 1379.98 | .00 | .00 |
| CENTRIX FINANCIAL | SECURED VEHIC | 25100.00 | 3858.22 | 9945.12 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SILVERLEAF RESORT INC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4339.63 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON CRENSHAW & ASSO | UNSECURED | NOT FILED | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| BOYAJIAN LAW OFFICE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 766.38 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 728.65 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 625.49 | .00 | .00 |
| GOODWIN & BRYAN | UNSECURED | NOT FILED | .00 | .00 |
| JOEL CARDIS LLC | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE ACENCY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 769.75 | .00 | .00 |
| PREFERRED CREDIT | UNSECURED | 799.79 | .00 | .00 |
| PRIME ACCEPTANCE CORP | UNSECURED | 4727.30 | .00 | .00 |
| PROACTIVE | UNSECURED | NOT FILED | .00 | .00 |
| QUINLAN & FABISH MUSIC C | UNSECURED | NOT FILED | .00 | .00 |
| RODALE BOOKS | UNSECURED | NOT FILED | .00 | .00 |

```
ROUNDUP FUNDING LLC        UNSECURED       696.38           .00          .00
TRANSWORLD SYSTEMS INC     UNSECURED     NOT FILED          .00          .00
ER SOLUTIONS               UNSECURED      1258.12           .00          .00
WASHINGTON MUTUAL          NOTICE ONLY  NOT FILED           .00          .00
CENTRIX FINANCIAL          UNSECURED       908.12           .00          .00
NCO FINANCIAL SYSTEMS      UNSECURED       263.00           .00          .00
INTERNAL REVENUE SERVICE   UNSECURED        65.67           .00          .00
       Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   101953.86      4339.63     11608.65         .00    117902.14
PRINCIPAL PAID        81801.54          .00          .00         .00     81801.54
INTEREST PAID          3858.22          .00          .00         .00      3858.22
TOTAL PAID            85659.76          .00          .00         .00     85659.76
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3300.00
and was paid $    100.00  direct and $   2121.90  through the plan.

The Trustee received $   4013.34 .

Refunds to the Debtor totaled $   1450.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/16/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 01022 ANTHONY MCGLOTHIAN & KAREN L MCGLOTHIAN